Lowengrub, Appellant, *v.* Meislin.

Argued November 23, 1953. Before STERN, C. J., STEARNE, JONES, CHIDSEY, MUSMANNO and ARNOLD, JJ.

464

468

*Harry Shapiro,* with him *Butz, Hudders, Tallman & Rupp,* for appellants.

*E. G. Scoblionko,* with him *Scoblionko & Frank,* for appellees.

OPINION PER CURIAM, March 22, 1954:

The decree is affirmed on the opinion of President Judge HENNINGER. Costs to be paid by appellants.